## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

KAREN J. KILPATRICK,

    Plaintiff,

v.                                                                                                    Case No. 3:06cv158/LAC

THE UNITED STATES OF AMERICA;
CRAIG W. ROEGNER, Special Agent,
Bureau of Alcohol, Tobacco & Firearms
("ATF"), in his individual capacity;
THE CITY OF PENSACOLA;
AMANDA GRIFFETT, PETER FAULK,
JAMES ANDREWS, BRAD BUDDIN,
and HARRY P. BARRACLOUGH JR., in their
individual capacities; and
UNKNOWN ATF SPECIAL AGENTS and
CITY OF PENSACOLA EMPLOYEES,

    Defendants.
_____/

## ORDER

Before the Court is Plaintiff's motion for the voluntary dismissal of certain claims and parties (doc. 141). Upon consideration of the foregoing, it is hereby **ORDERED**:

1. The Complaint is hereby **DISMISSED** in its entirety as to Defendants BRAD BUDDIN, HARRY P. BARRACLOUGH JR., UNKNOWN ATF SPECIAL AGENTS and CITY OF PENSACOLA EMPLOYEES, and these Defendants are therefore **DISMISSED** from this action.

2. The claims and issues related to the violation of Plaintiff's First Amendment rights are hereby **DISMISSED** as against Defendants THE CITY OF PENSACOLA, AMANDA GRIFFETT, PETER FAULK and JAMES ANDREWS.

3.  The Clerk shall note that this Order does not therefore close this case.

**ORDERED** on this 12th day of May, 2009.

                                                 *s/ L.A. Collier*
                                             Lacey A. Collier
                                 Senior United States District Judge